**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Daniel C. Lujetic**
  Debtor(s)

Bankruptcy Case No.: 18−24201−JAD
Related to Doc. #122
Chapter: 13
Docket No.: 123 − 122

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 22nd of December, 2023, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 2/5/24.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **2/14/24 at 10:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **2/5/24.**

                                            Jeffery A. Deller
                                            United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24201-JAD |
| Daniel C. Lujetic | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Dec 22, 2023 | Form ID: 408 | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##         Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel C. Lujetic, 1608 Homestead Duquesne Road, West Mifflin, PA 15122-3841 |
| cr | | Advantage on behalf of Department of Education Lo, PO BOX 300001, GREENVILLE, TX 75403-3001 |
| sp | + | Beth Tibbott, Tibbott & Richardson P.C., 1040 Fifth Ave., Fourth Floor, Pittsburgh, PA 15219-6220 |
| 14948685 | | Department of Edcuation/Navient, P.O. Box 9500, Wilkes Barre, PA 18773-9500 |
| 14951363 | + | Deutsche Bank National Trust Co., et al..., c/o TIAA, FSB d/b/a TIAA Bank f/k/a Ever, 301 West Bay Street, Jacksonville, FL 32202-5184 |
| 14939273 | + | Katherine Wolfe, Shapiro and DeNardo, 3600 Horizon Dr.- Suite 150, King of Prussia, PA 19406-4702 |
| 14948690 | + | Sunoco, PO Box 183062, Columbus, OH 43218-3062 |
| 14939274 | + | TIAA Bank, 301 West Bay St, Jacksonville, FL 32202-5147 |
| 14974728 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000 Raleigh, NC 27605 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14948682 | + | Email/Text: bncnotifications@pheaa.org | Dec 22 2023 23:29:00 | AES/Sun Trust, P.O. 61047, Harrisburg, PA 17106-1047 |
| 14948683 | | Email/PDF: bncnotices@becket-lee.com | Dec 22 2023 23:47:13 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 14965619 | | Email/PDF: bncnotices@becket-lee.com | Dec 22 2023 23:35:55 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14948684 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 22 2023 23:47:28 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14941639 | + | Email/Text: bankruptcy@cavps.com | Dec 22 2023 23:30:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15127045 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 22 2023 23:30:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14948686 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 22 2023 23:29:00 | First National Bank of Omaha, PO Box 2557, Omaha, NE 68103-2557 |
| 14948688 | | Email/Text: BNSFS@capitalsvcs.com | Dec 22 2023 23:29:00 | First Savings Credit Card, P.O. Box 5019, Sioux Falls, SD 57117-5019 |
| 14948687 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 22 2023 23:47:06 | First Premiere Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 15362084 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Dec 22 2023 23:29:00 | LoanCare, LLC, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 14973307 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 22 2023 23:30:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14983735 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Dec 22 2023 23:36:22 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, |

Case 18-24201-JAD    Doc 124    Filed 12/24/23    Entered 12/25/23 00:20:21    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 22, 2023 | Form ID: 408 | Total Noticed: 31 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Wilkes-Barre, PA 18773-9635 |
| 14967001 | + | Email/Text: bncnotifications@pheaa.org | Dec 22 2023 23:29:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15511375 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 22 2023 23:29:00 | PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14973818 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 22 2023 23:47:24 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14939784 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 22 2023 23:47:29 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14969712 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2023 23:35:54 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14963539 | + | Email/Text: ebnpeoples@grblaw.com | Dec 22 2023 23:29:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14954862 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 22 2023 23:30:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14948691 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 22 2023 23:36:40 | SYNCB/Wal-Mart, PO Box 965024, Orlando, FL 32896-5024 |
| 14976616 | | Email/Text: bankruptcy@unifund.com | Dec 22 2023 23:29:00 | Unifund CCR, 10625 Techwoods Circle, Cincinnati, OH 45242 |
| 14964382 | | Email/Text: BNCnotices@dcmservices.com | Dec 22 2023 23:29:00 | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank, National Association |
| cr | | TIAA, FSB |
| cr | | TIAA, FSB d/b/a TIAA Bank f/k/a EverBank et al. |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14948689 | *+ | Katherine Wolfe, Shapiro and DeNardo, 3600 Horizon Dr.- Suite 150, King of Prussia, PA 19406-4702 |
| 14948692 | *+ | TIAA Bank, 301 West Bay St, Jacksonville, FL 32202-5147 |
| 14948693 | * | Wells Fargo Dealer Services, P.O. Box 25341, Santa Ana, CA 92799-5341 |
| 14939275 | ## | Wells Fargo Dealer Services, P.O. Box 25341, Santa Ana, CA 92799-5341 |

TOTAL: 3 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2023            Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor TIAA FSB logsecf@logs.com |
| Kevin Scott Frankel | on behalf of Creditor TIAA FSB d/b/a TIAA Bank f/k/a EverBank et al. pabk@logs.com, logsecf@logs.com |
| Kristen D. Little | on behalf of Creditor TIAA FSB d/b/a TIAA Bank f/k/a EverBank et al. KRLITTLE@FIRSTAM.COM |
| Kristen D. Little | on behalf of Creditor TIAA FSB KRLITTLE@FIRSTAM.COM |
| Lauren M. Lamb | on behalf of Debtor Daniel C. Lujetic julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 9