**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DANIEL C. LUJETIC<br><br>        Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>        Movant<br>        vs.<br>No Respondents. | Case No.:18-24201 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.


December 21, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/29/2018 and confirmed on 1/10/19 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 86,899.50 |
| Less Refunds to Debtor | 5,824.91 | |
| TOTAL AMOUNT OF PLAN FUND | | 81,074.59 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,000.00 | |
|   Trustee Fee | 3,880.63 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,880.63 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 37,146.89 | 0.00 | 37,146.89 |
|     Acct: 6040 | | | | |
|   PNC BANK NA | 20,887.12 | 20,887.12 | 0.00 | 20,887.12 |
|     Acct: 6040 | | | | |
|   WELLS FARGO BANK NA D/B/A WELLS FA | 10,608.23 | 10,608.23 | 965.08 | 11,573.31 |
|     Acct: 6729 | | | | |
| | | | | 69,607.32 |
| **Priority** | | | | |
|   LAUREN M LAMB ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL C. LUJETIC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL C. LUJETIC | 5,824.91 | 5,824.91 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***N O N E*** | | | |
| **Unsecured** | | | | |
|   ECMC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5395 | | | | |
|   AMERICAN EXPRESS NATIONAL BANK | 651.32 | 651.32 | 0.00 | 651.32 |
|     Acct: 1004 | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0958 | | | | |
|   NAVIENT SOLUTIONS LLC O/B/O THE DEF | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5395 | | | | |
|   UNIFUND CCR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6365 | | | | |
|   PREMIER BANKCARD LLC; JEFFERSON C | 943.35 | 943.35 | 0.00 | 943.35 |
|     Acct: 2264 | | | | |
|   FIRST SAVINGS CREDIT CARD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2851 | | | | |
|   MIDLAND FUNDING LLC | 696.24 | 696.24 | 0.00 | 696.24 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 2766 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 715.84 | 715.84 | 0.00 | 715.84 |
| Acct: 0945 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7974 | | | | |
| UPMC HEALTH SERVICES | 246.64 | 246.64 | 0.00 | 246.64 |
| Acct: 5395 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 333.25 | 333.25 | 0.00 | 333.25 |
| Acct: 2062 | | | | |
| PYOD LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9610 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0945 | | | | |
| LOGS LEGAL GROUP LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LOGS LEGAL GROUP LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 3,586.64 |

TOTAL PAID TO CREDITORS                                                                73,193.96

TOTAL CLAIMED
PRIORITY        0.00
SECURED     31,495.35
UNSECURED    3,586.64

Date: 12/21/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
DANIEL C. LUJETIC

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-24201 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 18-24201-JAD
Daniel C. Lujetic     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Dec 22, 2023     Form ID: pdf900     Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel C. Lujetic, 1608 Homestead Duquesne Road, West Mifflin, PA 15122-3841 |
| cr | | Advantage on behalf of Department of Education Lo, PO BOX 300001, GREENVILLE, TX 75403-3001 |
| sp | + | Beth Tibbott, Tibbott & Richardson P.C., 1040 Fifth Ave., Fourth Floor, Pittsburgh, PA 15219-6220 |
| 14948685 | | Department of Edcuation/Navient, P.O. Box 9500, Wilkes Barre, PA 18773-9500 |
| 14951363 | + | Deutsche Bank National Trust Co., et al..., c/o TIAA, FSB d/b/a TIAA Bank f/k/a Ever, 301 West Bay Street, Jacksonville, FL 32202-5184 |
| 14939273 | + | Katherine Wolfe, Shapiro and DeNardo, 3600 Horizon Dr.- Suite 150, King of Prussia, PA 19406-4702 |
| 14948690 | + | Sunoco, PO Box 183062, Columbus, OH 43218-3062 |
| 14939274 | + | TIAA Bank, 301 West Bay St, Jacksonville, FL 32202-5147 |
| 14974728 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000 Raleigh, NC 27605 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14948682 | + | Email/Text: bncnotifications@pheaa.org | Dec 22 2023 23:29:00 | AES/Sun Trust, P.O. 61047, Harrisburg, PA 17106-1047 |
| 14948683 | | Email/PDF: bncnotices@becket-lee.com | Dec 22 2023 23:47:29 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 14965619 | | Email/PDF: bncnotices@becket-lee.com | Dec 22 2023 23:47:18 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14948684 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 22 2023 23:47:15 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14941639 | + | Email/Text: bankruptcy@cavps.com | Dec 22 2023 23:30:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15127045 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 22 2023 23:30:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14948686 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 22 2023 23:29:00 | First National Bank of Omaha, PO Box 2557, Omaha, NE 68103-2557 |
| 14948688 | | Email/Text: BNSFS@capitalsvcs.com | Dec 22 2023 23:29:00 | First Savings Credit Card, P.O. Box 5019, Sioux Falls, SD 57117-5019 |
| 14948687 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 22 2023 23:57:54 | First Premiere Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 15362084 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Dec 22 2023 23:29:00 | LoanCare, LLC, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 14973307 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 22 2023 23:30:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14983735 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Dec 22 2023 23:47:15 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 22, 2023 | Form ID: pdf900 | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Wilkes-Barre, PA 18773-9635 |
| 14967001 | + | Email/Text: bncnotifications@pheaa.org | Dec 22 2023 23:29:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15511375 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 22 2023 23:29:00 | PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14973818 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 22 2023 23:36:47 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14939784 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 22 2023 23:47:28 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14969712 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2023 23:47:14 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14963539 | + | Email/Text: ebnpeoples@grblaw.com | Dec 22 2023 23:29:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14954862 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 22 2023 23:30:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14948691 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 22 2023 23:36:44 | SYNCB/Wal-Mart, PO Box 965024, Orlando, FL 32896-5024 |
| 14976616 | | Email/Text: bankruptcy@unifund.com | Dec 22 2023 23:29:00 | Unifund CCR, 10625 Techwoods Circle, Cincinnati, OH 45242 |
| 14964382 | | Email/Text: BNCnotices@dcmservices.com | Dec 22 2023 23:29:00 | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank, National Association |
| cr | | TIAA, FSB |
| cr | | TIAA, FSB d/b/a TIAA Bank f/k/a EverBank et al. |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14948689 | *+ | Katherine Wolfe, Shapiro and DeNardo, 3600 Horizon Dr.- Suite 150, King of Prussia, PA 19406-4702 |
| 14948692 | *+ | TIAA Bank, 301 West Bay St, Jacksonville, FL 32202-5147 |
| 14948693 | * | Wells Fargo Dealer Services, P.O. Box 25341, Santa Ana, CA 92799-5341 |
| 14939275 | ## | Wells Fargo Dealer Services, P.O. Box 25341, Santa Ana, CA 92799-5341 |

TOTAL: 3 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2023    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor TIAA FSB logsecf@logs.com |
| Kevin Scott Frankel | on behalf of Creditor TIAA FSB d/b/a TIAA Bank f/k/a EverBank et al. pabk@logs.com, logsecf@logs.com |
| Kristen D. Little | on behalf of Creditor TIAA FSB d/b/a TIAA Bank f/k/a EverBank et al. KRLITTLE@FIRSTAM.COM |
| Kristen D. Little | on behalf of Creditor TIAA FSB KRLITTLE@FIRSTAM.COM |
| Lauren M. Lamb | on behalf of Debtor Daniel C. Lujetic julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 9