FILED
1/12/24 3:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>WITHDRAWAL OF APPEARANCES BY BRIAN C. NICHOLAS, ESQUIRE, IN VARIOUS OPEN CASES AND ENTRY OF APPEARANCE OF DENISE CARLON, ESQUIRE, IN VARIOUS OPEN CASES | Miscellaneous No.  24-201-GLT<br><br><br><br>Related to Docket No.  2 |

## ORDER OF COURT

AND NOW, this _ 12th Day of January          _, 2024, upon consideration of the

Omnibus Joint Motion to Withdraw the Appearance of Brian C. Nicholas, Esquire, and Enter the

Appearance of Denise Carlon, Esquire, it is hereby

ORDERED that the Motion is granted, and Brian C. Nicholas, Esquire, is granted leave

to withdraw his appearance as counsel of record in in the list of cases attached to the Motion as

Exhibit "A", and it is further

ORDERED that the appearance of Denise Carlon, Esquire, is entered as counsel of record

for the parties formerly represented by Attorney Nicholas in the list of cases attached to the

Motion as Exhibit "A".

BY THE COURT:

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court