| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Daniel C. Lujetic** <br> First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–5395 <br> EIN __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____ <br> EIN __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 18–24201–JAD | |

# Order of Discharge                                                                                     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Daniel C. Lujetic

<u>2/6/24</u>                                                                           **By the court:** <u>Jeffery A. Deller</u>
                                                                                            United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                                    **Chapter 13 Discharge**                                    page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Daniel C. Lujetic  
    Debtor

Case No. 18-24201-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Feb 06, 2024      Form ID: 3180W      Total Noticed: 34

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel C. Lujetic, 1608 Homestead Duquesne Road, West Mifflin, PA 15122-3841 |
| cr | | Advantage on behalf of Department of Education Lo, PO BOX 300001, GREENVILLE, TX 75403-3001 |
| sp | + | Beth Tibbott, Tibbott & Richardson P.C., 1040 Fifth Ave., Fourth Floor, Pittsburgh, PA 15219-6220 |
| 14948685 | | Department of Edcuation/Navient, P.O. Box 9500, Wilkes Barre, PA 18773-9500 |
| 14951363 | + | Deutsche Bank National Trust Co., et al..., c/o TIAA, FSB d/b/a TIAA Bank f/k/a Ever, 301 West Bay Street, Jacksonville, FL 32202-5184 |
| 14939273 | + | Katherine Wolfe, Shapiro and DeNardo, 3600 Horizon Dr.- Suite 150, King of Prussia, PA 19406-4702 |
| 14948690 | + | Sunoco, PO Box 183062, Columbus, OH 43218-3062 |
| 14939274 | + | TIAA Bank, 301 West Bay St, Jacksonville, FL 32202-5147 |
| 14974728 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000 Raleigh, NC 27605 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Feb 07 2024 05:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 07 2024 00:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Feb 07 2024 05:07:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 07 2024 00:26:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 14948682 | + | Email/Text: bncnotifications@pheaa.org | Feb 07 2024 00:24:00 | AES/Sun Trust, P.O. 61047, Harrisburg, PA 17106-1047 |
| 14948683 | | Email/PDF: bncnotices@becket-lee.com | Feb 07 2024 00:22:56 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 14965619 | | Email/PDF: bncnotices@becket-lee.com | Feb 07 2024 00:49:47 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14948684 | | EDI: CAPITALONE.COM | Feb 07 2024 05:07:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14941639 | + | Email/Text: bankruptcy@cavps.com | Feb 07 2024 00:26:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15127045 | | Email/Text: ECMCBKNotices@ecmc.org | Feb 07 2024 00:25:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14948686 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 07 2024 00:24:00 | First National Bank of Omaha, PO Box 2557, Omaha, NE 68103-2557 |
| 14948688 | | Email/Text: BNSFS@capitalsvcs.com | | |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 06, 2024 | Form ID: 3180W | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Feb 07 2024 00:24:00 | First Savings Credit Card, P.O. Box 5019, Sioux Falls, SD 57117-5019 |
| 14948687 | | EDI: AMINFOFP.COM | Feb 07 2024 05:07:00 | First Premiere Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 15362084 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Feb 07 2024 00:24:00 | LoanCare, LLC, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 14973307 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 07 2024 00:26:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14983735 | | EDI: MAXMSAIDV | Feb 07 2024 05:07:00 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14967001 | + | Email/Text: bncnotifications@pheaa.org | Feb 07 2024 00:24:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15511375 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 07 2024 00:24:00 | PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14973818 | | EDI: PRA.COM | Feb 07 2024 05:07:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14939784 | + | EDI: PRA.COM | Feb 07 2024 05:07:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14969712 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 07 2024 00:22:56 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14963539 | + | Email/Text: ebnpeoples@grblaw.com | Feb 07 2024 00:24:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14954862 | + | EDI: JEFFERSONCAP.COM | Feb 07 2024 05:07:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14948691 | | EDI: SYNC | Feb 07 2024 05:07:00 | SYNCB/Wal-Mart, PO Box 965024, Orlando, FL 32896-5024 |
| 14976616 | | Email/Text: bankruptcy@unifund.com | Feb 07 2024 00:24:00 | Unifund CCR, 10625 Techwoods Circle, Cincinnati, OH 45242 |
| 14964382 | | Email/Text: BNCnotices@dcmservices.com | Feb 07 2024 00:25:00 | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 14939275 | | EDI: WFFC | Feb 07 2024 05:07:00 | Wells Fargo Dealer Services, P.O. Box 25341, Santa Ana, CA 92799-5341 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank, National Association |
| cr | | TIAA, FSB |
| cr | | TIAA, FSB d/b/a TIAA Bank f/k/a EverBank et al. |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14948689 | *+ | Katherine Wolfe, Shapiro and DeNardo, 3600 Horizon Dr.- Suite 150, King of Prussia, PA 19406-4702 |
| 14948692 | *+ | TIAA Bank, 301 West Bay St, Jacksonville, FL 32202-5147 |
| 14948693 | * | Wells Fargo Dealer Services, P.O. Box 25341, Santa Ana, CA 92799-5341 |

TOTAL: 3 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Feb 06, 2024 | Form ID: 3180W | Total Noticed: 34

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher A. DeNardo | on behalf of Creditor TIAA  FSB logsecf@logs.com |
| Denise Carlon | on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com |
| Kevin Scott Frankel | on behalf of Creditor TIAA  FSB d/b/a TIAA Bank f/k/a EverBank et al. pabk@logs.com, logsecf@logs.com |
| Kristen D. Little | on behalf of Creditor TIAA  FSB d/b/a TIAA Bank f/k/a EverBank et al. KRLITTLE@FIRSTAM.COM |
| Kristen D. Little | on behalf of Creditor TIAA  FSB KRLITTLE@FIRSTAM.COM |
| Lauren M. Lamb | on behalf of Debtor Daniel C. Lujetic julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 9