IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
DANIEL C. LUJETIC

   Debtor(s)

Ronda J. Winnecour
   Movant
  vs.
No Repondents.

Case No.:18-24201 JAD

Chapter 13

Related to ECF No. 122

**DEFAULT O/E JAD**

ORDER OF COURT

AND NOW, this 6th day of February, 2024, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

FILED
2/6/24 12:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24201-JAD |
| Daniel C. Lujetic | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Feb 06, 2024 | Form ID: pdf900 | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##        Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel C. Lujetic, 1608 Homestead Duquesne Road, West Mifflin, PA 15122-3841 |
| cr | | Advantage on behalf of Department of Education Lo, PO BOX 300001, GREENVILLE, TX 75403-3001 |
| sp | + | Beth Tibbott, Tibbott & Richardson P.C., 1040 Fifth Ave., Fourth Floor, Pittsburgh, PA 15219-6220 |
| 14948685 | | Department of Edcuation/Navient, P.O. Box 9500, Wilkes Barre, PA 18773-9500 |
| 14951363 | + | Deutsche Bank National Trust Co., et al..., c/o TIAA, FSB d/b/a TIAA Bank f/k/a Ever, 301 West Bay Street, Jacksonville, FL 32202-5184 |
| 14939273 | + | Katherine Wolfe, Shapiro and DeNardo, 3600 Horizon Dr.- Suite 150, King of Prussia, PA 19406-4702 |
| 14948690 | + | Sunoco, PO Box 183062, Columbus, OH 43218-3062 |
| 14939274 | + | TIAA Bank, 301 West Bay St, Jacksonville, FL 32202-5147 |
| 14974728 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000 Raleigh, NC 27605 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14948682 | + | Email/Text: bncnotifications@pheaa.org | Feb 07 2024 00:24:00 | AES/Sun Trust, P.O. 61047, Harrisburg, PA 17106-1047 |
| 14948683 | | Email/PDF: bncnotices@becket-lee.com | Feb 07 2024 00:22:24 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 14965619 | | Email/PDF: bncnotices@becket-lee.com | Feb 07 2024 01:28:45 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14948684 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 07 2024 00:22:49 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14941639 | + | Email/Text: bankruptcy@cavps.com | Feb 07 2024 00:26:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15127045 | | Email/Text: ECMCBKNotices@ecmc.org | Feb 07 2024 00:25:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14948686 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 07 2024 00:24:00 | First National Bank of Omaha, PO Box 2557, Omaha, NE 68103-2557 |
| 14948688 | | Email/Text: BNSFS@capitalsvcs.com | Feb 07 2024 00:24:00 | First Savings Credit Card, P.O. Box 5019, Sioux Falls, SD 57117-5019 |
| 14948687 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 07 2024 00:38:03 | First Premiere Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 15362084 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Feb 07 2024 00:24:00 | LoanCare, LLC, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 14973307 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 07 2024 00:26:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14983735 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Feb 07 2024 00:38:26 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, |

Case 18-24201-JAD    Doc 131    Filed 02/08/24    Entered 02/09/24 00:28:52    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 06, 2024 | Form ID: pdf900 | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Wilkes-Barre, PA 18773-9635 |
| 14967001 | + | Email/Text: bncnotifications@pheaa.org | Feb 07 2024 00:24:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15511375 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 07 2024 00:24:00 | PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14973818 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 07 2024 00:38:11 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14939784 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 07 2024 00:38:23 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14969712 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 07 2024 00:22:24 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14963539 | + | Email/Text: ebnpeoples@grblaw.com | Feb 07 2024 00:24:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14954862 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 07 2024 00:26:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14948691 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 07 2024 01:28:44 | SYNCB/Wal-Mart, PO Box 965024, Orlando, FL 32896-5024 |
| 14976616 | | Email/Text: bankruptcy@unifund.com | Feb 07 2024 00:24:00 | Unifund CCR, 10625 Techwoods Circle, Cincinnati, OH 45242 |
| 14964382 | | Email/Text: BNCnotices@dcmservices.com | Feb 07 2024 00:25:00 | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank, National Association |
| cr | | TIAA, FSB |
| cr | | TIAA, FSB d/b/a TIAA Bank f/k/a EverBank et al. |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14948689 | *+ | Katherine Wolfe, Shapiro and DeNardo, 3600 Horizon Dr.- Suite 150, King of Prussia, PA 19406-4702 |
| 14948692 | *+ | TIAA Bank, 301 West Bay St, Jacksonville, FL 32202-5147 |
| 14948693 | * | Wells Fargo Dealer Services, P.O. Box 25341, Santa Ana, CA 92799-5341 |
| 14939275 | ## | Wells Fargo Dealer Services, P.O. Box 25341, Santa Ana, CA 92799-5341 |

TOTAL: 3 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Christopher A. DeNardo | on behalf of Creditor TIAA FSB logsecf@logs.com |
| Denise Carlon | on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com |
| Kevin Scott Frankel | on behalf of Creditor TIAA FSB d/b/a TIAA Bank f/k/a EverBank et al. pabk@logs.com, logsecf@logs.com |
| Kristen D. Little | on behalf of Creditor TIAA FSB d/b/a TIAA Bank f/k/a EverBank et al. KRLITTLE@FIRSTAM.COM |
| Kristen D. Little | on behalf of Creditor TIAA FSB KRLITTLE@FIRSTAM.COM |
| Lauren M. Lamb | on behalf of Debtor Daniel C. Lujetic julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 9