**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| DANIEL C. LUJETIC | Case No.:18-24201 JAD |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 10/29/2018 and confirmed on 01/10/2019 . The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 86,899.50 |
| Less Refunds to Debtor | 5,824.91 | |
| TOTAL AMOUNT OF PLAN FUND | | 81,074.59 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,000.00 | |
|    Trustee Fee | 3,880.63 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,880.63 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 37,146.89 | 0.00 | 37,146.89 |
|     Acct: 6040 | | | | |
|   PNC BANK NA | 20,887.12 | 20,887.12 | 0.00 | 20,887.12 |
|     Acct: 6040 | | | | |
|   WELLS FARGO BANK NA D/B/A WELLS FA | 10,608.23 | 10,608.23 | 965.08 | 11,573.31 |
|     Acct: 6729 | | | | |
| | | | | 69,607.32 |
| **Priority** | | | | |
|   LAUREN M LAMB ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL C. LUJETIC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL C. LUJETIC | 5,824.91 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL C. LUJETIC | 5,824.91 | 5,824.91 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 18-24201 JAD | TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| | * * * N O N E * * * | | | |

| Creditor Type / Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| ECMC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5395 | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 651.32 | 651.32 | 0.00 | 651.32 |
| Acct: 1004 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0958 | | | | |
| NAVIENT SOLUTIONS LLC O/B/O THE DEF | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5395 | | | | |
| UNIFUND CCR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6365 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 943.35 | 943.35 | 0.00 | 943.35 |
| Acct: 2264 | | | | |
| FIRST SAVINGS CREDIT CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2851 | | | | |
| MIDLAND FUNDING LLC | 696.24 | 696.24 | 0.00 | 696.24 |
| Acct: 2766 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 715.84 | 715.84 | 0.00 | 715.84 |
| Acct: 0945 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7974 | | | | |
| UPMC HEALTH SERVICES | 246.64 | 246.64 | 0.00 | 246.64 |
| Acct: 5395 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 333.25 | 333.25 | 0.00 | 333.25 |
| Acct: 2062 | | | | |
| PYOD LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9610 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0945 | | | | |
| LOGS LEGAL GROUP LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LOGS LEGAL GROUP LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 3,586.64 |

TOTAL PAID TO CREDITORS                                                                 73,193.96

TOTAL CLAIMED
 PRIORITY            0.00
 SECURED        31,495.35
 UNSECURED       3.586.64

Date: 04/10/2024                                                                /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com